# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>CARMEL A. TELLO | DOCKET NO.<br><br><br>MAGISTRATE'S CASE NO.<br><br>07- *1754* |

Complaint for violation of Title 18, United States Code, Section 2423(b)

| NAME OF MAGISTRATE JUDGE<br><br>HONORABLE PAUL L. ABRAMS | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br><br>Los Angeles, CA |
|---|---|---|

| DATE OF OFFENSE<br><br>October 19, 2007 | PLACE OF OFFENSE<br><br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN)<br>900 E. Hollywood Road<br>Safford, AZ 85546-9607 |
|---|---|---|

FILED
CLERK, U.S. DISTRICT COURT
OCT 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION :

On or about October 19, 2007, defendant CARMEL A. TELLO knowingly traveled in interstate commerce, from the State of Arizona to Los Angeles, California, within the Central District of California, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, to wit:  a girl who he believed was less than 18 years of age.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
    (See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE :

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>RAJIV A. PATEL |
|---|---|
| | OFFICIAL TITLE<br>SPECIAL AGENT – FBI |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br><br>October 20, 2007 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
JJL:jjl        REC: DETENTION

## FINDING RE PROBABLE CAUSE

On <u>October 20, 2007</u>, at <u>3:50 P.M.</u>, Special Agent <u>Raj Patel</u>
   [date]    [time]        [name]

of the <u>Federal Bureau of Investigation</u> appeared before me regarding the
      [agency]

probable cause arrest of defendant    <u>Carmel A. Tello</u>
               [name(s)]

occurring on <u>October 19, 2007 and ~~xxx:xx~~ p.m.</u>, at <u>Los Angeles</u>, California.
     [date and time]           [city]

*08:15 p.m.*

  Having reviewed the agent's statement of probable cause, a copy of
which is attached hereto, the Court finds that there (**exists**)/ ~~does not exist~~

probable cause to arrest the defendant(s) for a violation of

<u>Title 18, United States Code, Section 2423(b)</u>.
      [statute]


  / **X** / It is ordered that defendant(s)   <u>Carmel A. Tello</u>
                [name(s)]

be held to answer for proceedings under Federal Rule of Criminal

Procedure 5 / 40 on <u>October 22, 2007</u>.
        [date]

  /_____/ It is ordered that defendant(s) _____
                [name(s)]

be discharged from custody on this charge forthwith.


DATED: <u>October 20, 2007</u>, at <u>3:50</u>   ~~a.m.~~/(p.m.)


          _____

       HONORABLE PAUL L. ABRAMS
       UNITED STATES MAGISTRATE JUDGE



## AFFIDAVIT

I, Rajiv A. Patel, being duly sworn, do hereby depose and state:

## I.   INTRODUCTION

1.   I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed for approximately three years.  I currently am assigned to a multi-agency child exploitation task force known as the Southern California Regional Sexual Assault Felony Enforcement Team ("SAFE Team").  My responsibilities include the enforcement of federal criminal statutes involving the sexual exploitation of children pursuant to Title 18, United States Code, Section 2252, et seq.  As part of my training as a member of the SAFE Team, I have attended a one-week training class regarding the internet, on-line child pornography, and internet child enticement investigations and have consulted with my colleagues who have many years of experience investigating child pornography and child exploitation cases.  I have also been the affiant on approximately 10 search and arrest warrant affidavits involving investigations relating to child exploitation.

2.   This affidavit is made in support of a criminal complaint and arrest warrant charging CARMEL A. TELLO with violating Title 18, United States Code, Section 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct).

- 1 -

3.    This affidavit is intended to establish that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all my knowledge of, or investigation into, this matter.

## II.    BACKGROUND REGARDING CHILD EXPLOITATION OFFENSES, COMPUTERS, AND THE WORLDWIDE INTERNET COMPUTER COMMUNICATION NETWORK

4.    Based on discussions with Special Agents who have many years of experience investigating child pornography and child exploitation cases, and my own personal knowledge, I have knowledge of the Internet and how it operates.  For example, I know that the Internet is a worldwide computer network that allows communications, information and data to be transmitted from one computer to another across state, national and international boundaries.  Among the ways that individuals who utilize the Internet can communicate with one another is through the use of electronic mail messages ("e-mail") and Instant Messenger messages ("IM").

5.    The term "computer, " as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device but does not include an automated

- 2 -

typewriter or typesetter, a portable hand held calculator, or some other similar device."

E-Mail

6.    E-mail is an electronic form of communication from one person to one or more persons via the Internet which usually contains typed-written correspondence and may contain audio and visual images.  The physical world equivalent to e-mail is writing a letter on paper to somebody and sending it to them via the U.S. Postal Service.  An e-mail usually contains a message "header" which generally displays the sender's e-mail address, the recipient's e-mail address, and the date and time of the e-mail transmission.  If a sender chooses to do so, he or she can type a subject line into the header.

Chat Rooms

7.    A chat room is a public area of the Internet that users can visit in order to type messages to one another.  When an Internet user joins a chat room, he or she can view the text that is typed by any of the other participants to the chat.  The physical world equivalent to a chat room would be for a person to stand in a room full of people and shout a message so loudly that everyone in the room can hear it.  Chat rooms usually are named based on a topic of interest and users can choose rooms to enter by searching for chat room names that reflect their particular areas of interest.

- 3 -

Instant Messages

8.   IMs allow an Internet user to send and receive messages in real time to one specific user (instead of a group of users). IMs are similar to e-mail except that IMs are sent virtually instantaneously, and both parties to the message are normally logged into the Internet for the purpose of engaging in a real-time communication.  In order to communicate via IMs, users must be logged onto the Internet using a unique "screen name," which must be different from those already in use during the ongoing chat session.

9.   IM conversations also can be called "chat sessions" even though it is a conversation between only two people. Individual users can also transmit photographs or graphic files in real time during an IM chat session.

10.  A user can (although it is not required) be in a chat room and also at the same time send an IM to any other on-line user, including one that is in the same chat room.  The physical world equivalent of this would be if a person is in a room full of people and then leans over to whisper a message in the ear of another individual in the room.  If the message is sent via IM, only the sender and receiver can view the message.

11.  I know from my training and experience, and from conversations with other agents with extensive experience in investigating child exploitation crimes, that it is a common

- 4 -

practice for those who attempt to entice a minor to engage in sexual activity via the Internet to utilize e-mail, IMs, and chat room services in committing this crime.

12. Based on my training and experience, I know that people commonly use abbreviations during IM chatting. Some examples of these would be: "oic" for the phrase "Oh, I see"; "brb" for "Be right back"; "k" for "Okay"; and "lol" for "Laughing out loud." I also know that it is common for people in IM chats to type in incomplete sentences, to misspell words frequently, and to not use capital letters. Throughout the IM chat sessions described below, I used some of these abbreviations.

AOL INCORPORATED

13. Based on discussions with SAs who have many years of experience investigating child pornography and child exploitation cases, and my own personal knowledge, I know the following about America Online ("AOL"):

a. AOL is a company or Internet Service Provider ("ISP") that sells access directly to the Internet. AOL allows its subscribers to connect to the Internet.

b. Each subscriber to AOL has access to a computer which communicates with the central computer system operated by AOL in the State of Virginia.

c. AOL maintains records pertaining to its subscribers. These records include subscriber information,

- 5 -

account access information, e-mail transaction information,
account application information, and other information which
records the activities and interactions of these accounts.

      d.   AOL offers its subscribers the ability to
communicate with other individuals via e-mail, chat rooms, and
IMs.  For identification purposes, each AOL user must create a
unique screen name or profile, which can be viewed by all other
members.

      e.   AOL has a feature entitled "Buddy List," which
permits AOL members to place other AOL members on a contact list.
When an AOL member signs onto the Internet, their "Buddy List"
will inform them which of the other members of the "Buddy List"
are currently on-line.

## III. INVESTIGATION

      14.  On or about May 2007, FBI Special Agent Marc Botello,
logged onto AOL in an undercover capacity using the AOL profile
"CalBrittney93."  This profile, which other AOL users are able to
access and review, identified "CalBrittney93"as a single female
named Brittney, 13 years of age.  While online, "CalBrittney93"
met "CrmTel1" in an AOL chatroom.  After learning that
"CalBrittney93" was 13-years old, "CrmTel1" discussed having sex
with her.  He also e-mailed a photograph of his penis to Special
Agent Botelo.  Because there were no further conversations, the
FBI did not pursue the matter at that time.

15.   On or about October 11, 2007, I logged onto AOL in an undercover capacity using the AOL profile "Cutelagrl93."  This profile, which other AOL users are able to access and review, identified "Cutelagrl93" (hereinafter referred to as "Lea Anne") as a single female named Lea Anne, 13 years of age, who lived in Los Angeles, California, with her mother.

a.   Using this AOL screen name, I joined a chat room created by AOL users entitled "take in unwanted yf."

b.   At approximately 5:29 p.m., an individual using the AOL screen name "CrmTel1," later identified as CARMEL A. TELLO, initiated a private IM chat session with "Lea Anne."

i.   This conversation, as with all other online conversations between us, was recorded by the computer that I used.

ii.   During this conversation, I viewed TELLO's AOL personal page, which described his background.  On TELLO's personal AOL webpage he describes himself as a male, 49 year old, six feet one inch, two hundred and fourteen pound individual. Located on the personal webpage is a picture of TELLO.  The picture is of a white male with brown hair, brown eyes, a mustache, approximately 49 years old (page says date of birth XX/XX/1958), wearing a baseball cap.  In addition TELLO'S personal page says he is a nudist.  During this conversation,

- 7 -

TELLO described himself as having brown hair and brown eyes, six feet one inch, two hundred and seventeen pounds.

iii. TELLO also asked "Lea Anne" "how old are u?" in which she responded "im 13... I live in So Cal."[1]  In addition, TELLO stated his desire to take in girls that want to runaway by giving them a place to live.

iv.  At one point, TELLO and "Lea Anne" discussed whether she liked men and whether he liked young girls:

CrmTel1 [05:37 PM]:       so do u like men?

Cutelagrl93 [05:37 PM]:  yes

CrmTel1 [05:37 PM]:       mmmm nice

Cutelagrl93 [05:37 PM]:  y nice?

CrmTel1 [05:37 PM]:       because you like men

Cutelagrl93 [05:37 PM]:  do u like girls my age?

CrmTel1 [05:37 PM]:       I like girls

CrmTel1 [05:37 PM]:       yes

v.  Also during the conversation, TELLO began to discuss topics that were sexual in nature with "Lea Anne," and offered to share his bed with her:

CrmTel1 [05:51 PM]:       would you like be a nudiest too

Cutelagrl93 [05:51 PM]:  lol..I dunno..iv nver tried it b4

---

[1]    The transcripts set forth below are the online conversations that I had with TELLO.  I have not corrected the grammar or spelling used during these conversations.

```
CrmTel1 [05:51 PM]:        do you like be naked in your
                           room

Cutelagrl93 [05:52 PM]:    lol..I dunno I don't think
                           bout it..mayb it wud b fun tho

CrmTel1 [05:52 PM]:        it cpuld be a lot of fun

CrmTel1 [06:13 PM]:        where would you like to sleep

Cutelagrl93 [06:14 PM]:    any where is fine

Cutelagrl93 [06:14 PM]:    where can I sleep?

CrmTel1 [06:14 PM]:        wouldshare my bed

Cutelagrl93 [06:14 PM]:    lol..ooo..really? u wanna
                           share ur  bed wit me????

CrmTel1 [06:14 PM]:        yes

Cutelagrl93 [06:14 PM]:    thats sweet

CrmTel1 [06:14 PM]:        would you like that

Cutelagrl93 [06:15 PM]:    lol..I dunno...is it comfy???

CrmTel1 [06:15 PM]:        just think about it

Cutelagrl93 [06:15 PM]:    just thinkin bout wut?

CrmTel1 [06:15 PM]:        yes I think so

CrmTel1 [06:16 PM]:        sleeping in my bed

CrmTel1 [06:16 PM]:        we would sleep together

CrmTel1 [06:16 PM]:        if you like
```

          vi.  TELLO then asked "Lea Anne" about her sexual

experience.  When TELLO found out she had no prior sexual

experience, he offered to "teach" her:

CrmTel1 [06:17 PM]:     have you ever been with a man

Cutelagrl93 [06:17 PM]:  wut do u mean been with?

CrmTel1 [06:18 PM]:     ok

CrmTel1 [06:18 PM]:     dop you think about men a lot

Cutelagrl93 [06:19 PM]:  I dunno..im not sure wut u
                         mean?

CrmTel1 [06:19 PM]:     have you had sex with a man?

Cutelagrl93 [06:19 PM]:  oh..no I havent had sex with a
                         man yet

Cutelagrl93 [06:19 PM]:  I've kissed

CrmTel1 [06:19 PM]:     or have you had sex at all

Cutelagrl93 [06:20 PM]:  no..not yet...curious bout it
                         but havent really met anyone

CrmTel1 [06:20 PM]:     ok

Cutelagrl93 [06:20 PM]:  have u had sex ?

CrmTel1 [06:20 PM]:     yes

Cutelagrl93 [06:20 PM]:  is it fun? does it feel good?

CrmTel1 [06:21 PM]:     are you thionking about sex

Cutelagrl93 [06:21 PM]:  I have thot bout it yes but I
                         don't know much bout it

CrmTel1 [06:21 PM]:     AOL Live Video IM session
                         initiated.

CrmTel1 [06:22 PM]:     I would teach you

CrmTel1 [06:22 PM]:     if you like

Cutelagrl93 [06:22 PM]:  really? u wud teach me bout
                         sex?  that may b cool

Cutelagrl93 [06:22 PM]:   yes I wud like but u wud have
                          2 b nice tho

CrmTel1 [06:23 PM]:       yes

CrmTel1 [06:23 PM]:       yes

CrmTel1 [06:23 PM]:       I would make love to you

CrmTel1 [06:23 PM]:       I would lick ur pussy

Cutelagrl93 [06:24 PM]:   wud I get pregnant?

Cutelagrl93 [06:24 PM]:   does it feel good?

CrmTel1 [06:25 PM]:       yes

CrmTel1 [06:25 PM]:       maye

CrmTel1 [06:25 PM]:       do you play with your self

CrmTel1 [06:25 PM]:       would you like feel my cock in
                          your hand as I play with you

Cutelagrl93 [06:26 PM]:   ok..wud u show me how n stuff?

CrmTel1 [06:27 PM]:       are you there

CrmTel1 [06:27 PM]:       yes

CrmTel1 [06:27 PM]:       is your hand in your panties

Cutelagrl93 [06:27 PM]:   yes im here..lol..no..mom is
                          in other room

Cutelagrl93 [06:27 PM]:   wut if u don't like me?

CrmTel1 [06:27 PM]:       talk to me

Cutelagrl93 [06:28 PM]:   talk to u? wut do u mean?

CrmTel1 [06:28 PM]:       what are you wearing

Cutelagrl93 [06:28 PM]:   jeans and a tshirt

CrmTel1 [06:29 PM]:       what do you have on

CrmTel1 [06:29 PM]:       do you have a skirt on

- 11 -

CrmTel1 [06:29 PM]:        or shorts

Cutelagrl93 [06:29 PM]:    no I have on jeans

Cutelagrl93 [06:29 PM]:    wut r u doing?

CrmTel1 [06:30 PM]:        open your legs

CrmTel1 [06:30 PM]:        an rub the top of your puus

Cutelagrl93 [06:30 PM]:    I cant mom is home

CrmTel1 [06:31 PM]:        nice an soft

CrmTel1 [06:31 PM]:        I am storking my cock

CrmTel1 [06:31 PM]:        do you have apic

Cutelagrl93 [06:31 PM]:    yes..hang on

CrmTel1 [06:31 PM]:        ok

CrmTel1 [06:31 PM]:        dfo you rub it a nite

CrmTel1 [06:32 PM]:        Instant Images invitation
                           canceled.

Cutelagrl93 [06:32 PM]:    I emailed u my pics

CrmTel1 [06:33 PM]:        Instant Images invitation
                           canceled.

CrmTel1 [06:33 PM]:        are you there

Cutelagrl93 [06:33 PM]:    yes im here..did u get my
                           email?

CrmTel1 [06:34 PM]:        ok

CrmTel1 [06:34 PM]:        brb

Cutelagrl93 [06:34 PM]:    ok

CrmTel1 [06:34 PM]:        that where I at now

CrmTel1 [06:34 PM]:        ok

vii. During the above exchange, TELLO initiated a live webcam session, meaning that he provided "Lea Anne" with live video of himself. I accepted the video, and saw that TELLO was not wearing any clothes and that he appeared to be nude. In addition, TELLO told "Lea Anne" that he was nude.

viii.    Later during the conversation, "Lea Anne," at TELLO's request, sent him an e-mail containing three photographs of herself. The photographs depict a young white girl with medium length blonde hair and green eyes. In actually, these are photographs are of a Los Angeles Sheriff's Department officer when she was approximately 12 or 13 years of age. The officer has allowed the SAFE team to use her photographs in its child exploitation investigations.

c.    On or about October 15, 2007, I logged onto AOL in an undercover capacity using the AOL profile "Cutelagrl93." While I was online, I discovered that "Lea Anne" had received a new email from TELLO. In this e-mail, TELLO offered to come and get "Lea Anne": "if you like I can go get you if you like."

d.    On or about October 17, 2007, I logged onto AOL in an undercover capacity using the AOL profile "Cutelagrl93." While I was online, I discovered that "Lea Anne" had received another email from TELLO. In this e-mail, TELLO stated that he wanted to meet with her: "I am going to calf thur. evening would

you like meet me so we could talk I m I will get on my cell phone."

e.   On or about October 18, 2007, I logged onto AOL in an undercover capacity using the AOL profile "Cutelagrl93." While I was logged onto AOL, I noticed that TELLO was online.  At approximately 4:20 p.m., TELLO initiated an online chat session with "Lea Anne."

i.   During that chat session TELLO told "Lea Anne" that he has had sex with a minor before:

| | | |
|---|---|---|
| CrmTel1 [04:35 PM]: | an we when out an we had sex together |
| CrmTel1 [04:35 PM]: | yes they did |
| CrmTel1 [04:35 PM]: | i meet them at the same time |
| Cutelagrl93 [04:35 PM]: | all three of u had sex? |
| CrmTel1 [04:36 PM]: | yes |
| CrmTel1 [04:36 PM]: | her sis was kinky |
| Cutelagrl93 [04:36 PM]: | lol..wow...thats crazy |
| CrmTel1 [04:36 PM]: | and we had great sex |
| Cutelagrl93 [04:37 PM]: | thats cool..was it fun? |
| CrmTel1 [04:37 PM]: | yes it was |
| Cutelagrl93 [04:37 PM]: | wow |
| CrmTel1 [04:38 PM]: | is there anything you like to know about me |
| Cutelagrl93 [04:38 PM]: | how old were the sisters? wur they my age? |
| CrmTel1 [04:39 PM]: | she was 20 an her sis was 15 |

- 14 -

```
CrmTel1 [04:39 PM]:      an her friend was 14

Cutelagrl93 [04:39 PM]:  there were 3 of them?

CrmTel1 [04:39 PM]:      yes
```

   ii.  At one point, TELLO told "Lea Anne" that he would travel to California to see his son.  He also related that he wanted to meet "Lea Anne" while he was in California, and take her back to his home (in Arizona):

```
CrmTel1 [04:44 PM]:      so would you like meet me in
                         calf

CrmTel1 [04:44 PM]:      when I get there

Cutelagrl93 [04:45 PM]:  yah maaybe

CrmTel1 [04:45 PM]:      ok

Cutelagrl93 [04:45 PM]:  just want 2 get 2 know u bit
                         b4..it's a big step to leave
                         here

CrmTel1 [04:46 PM]:      ok that s cool

Cutelagrl93 [04:47 PM]:  u come here often?

CrmTel1 [04:47 PM]:      I just want you be happy

Cutelagrl93 [04:47 PM]:  awww...ty:-)

CrmTel1 [04:47 PM]:      no not realy

CrmTel1 [04:47 PM]:      I am going there see my son an
                         my grand sons

Cutelagrl93 [04:48 PM]:  wut wud we do if we met?

CrmTel1 [04:48 PM]:      an if if you realy wanted to
                         you could come back with me

CrmTel1 [04:48 PM]:      we would talk
```

CrmTel1 [04:49 PM]:    that way you can see my eyes when we talk

Cutelagrl93 [04:49 PM]:    well..wut did u want..like wud I stay with u while u r here?

Cutelagrl93 [04:49 PM]:    or just meet

CrmTel1 [04:49 PM]:    yes I am here

CrmTel1 [04:50 PM]:    you can syay as long as you want

    ii.  When "Lea Anne" asked where she would stay, TELLO again offered her his bed:

Cutelagrl93 [04:50 PM]:    where wud I stay?

CrmTel1 [04:50 PM]:    you can sleep on the couch

CrmTel1 [04:51 PM]:    I tell we get a bed for you

CrmTel1 [04:51 PM]:    the girl before you sleep with me

CrmTel1 [04:51 PM]:    but that will be up to you

Cutelagrl93 [04:51 PM]:    ok..do u want us 2 sleep togther like the last girl?

CrmTel1 [04:52 PM]:    only if you want too

Cutelagrl93 [04:52 PM]:    only if u want 2 wud I

CrmTel1 [04:52 PM]:    its up to u

Cutelagrl93 [04:53 PM]:    well I don't care

Cutelagrl93 [04:53 PM]:    so u tell me

CrmTel1 [04:53 PM]:    ok you can sleep with me

Cutelagrl93 [04:53 PM]: ok

Cutelagrl93 [04:53 PM]: do u want that?

CrmTel1 [04:53 PM]:    yes

- 16 -

CrmTel1 [04:53 PM]:        would you like that

Cutelagrl93 [04:54 PM]:    cool

Cutelagrl93 [04:54 PM]:    yes

     iii. After establishing the sleeping arrangements, TELLO then told "Lea Anne" what he would like to do with her during her visit:

CrmTel1 [04:54 PM]:        I think you need to love to be
                           happy

Cutelagrl93 [04:55 PM]:    awww..ur so sweet

CrmTel1 [04:55 PM]:        ok

CrmTel1 [04:55 PM]:        I just want you be happy

Cutelagrl93 [04:56 PM]:    thanks

CrmTel1 [04:56 PM]:        you can hold me at night

Cutelagrl93 [04:56 PM]:    if u want me 2 I wud

CrmTel1 [04:56 PM]:        if you like

Cutelagrl93 [04:56 PM]:    wud u like that?

CrmTel1 [04:56 PM]:        yes

CrmTel1 [04:56 PM]:        an I could hold you close

Cutelagrl93 [04:56 PM]:    ok..id b up 4 that

CrmTel1 [04:57 PM]:        an love on you

Cutelagrl93 [04:57 PM]:    wow..really? tell me wut u
                           mean by love on me?

CrmTel1 [04:57 PM]:        kiss on you

CrmTel1 [04:58 PM]:        an take you ever so slow

Cutelagrl93 [04:58 PM]:    like how? wut ?

```
CrmTel1 [04:58 PM]:      so you would feel your body
                         get hot as we kiss

CrmTel1 [04:59 PM]:      as we kiss I would let my hand
                         cresss you all overe

Cutelagrl93 [04:59 PM]:  wow

CrmTel1 [04:59 PM]:      an my hand would be beteen
                         your legs

CrmTel1 [04:59 PM]:      rub u there

Cutelagrl93 [05:00 PM]:  rub me were?

CrmTel1 [05:00 PM]:      nice an soft

CrmTel1 [05:00 PM]:      your pussy

Cutelagrl93 [05:00 PM]:  wud it feel good

CrmTel1 [05:00 PM]:      you would love it

Cutelagrl93 [05:00 PM]:  thats cool

Cutelagrl93 [05:01 PM]:  I think I wud

Cutelagrl93 [05:01 PM]:  wut else wud happen?

CrmTel1 [05:01 PM]:      we would have sex if you like

Cutelagrl93 [05:02 PM]:  its up 2 u? do u want 2?

CrmTel1 [05:02 PM]:      I would kis you all the way
                         down to your pussy

CrmTel1 [05:02 PM]:      I would like to
```

iv.  When "Lea Anne" expressed concerns about getting
pregnant, TELLO dismissed those worries and said that they could
have oral sex instead:

```
Cutelagrl93 [05:02 PM]:  ok..wud I get pregnant?

CrmTel1 [05:02 PM]:      I hope not
```

CrmTel1 [05:03 PM]:       but if you do what would want
                          to do

Cutelagrl93 [05:03 PM]:   I dunno..don't want2 tink bout
                          getting prego

CrmTel1 [05:03 PM]:       keep the baby or not

CrmTel1 [05:04 PM]:       ok

CrmTel1 [05:04 PM]:       we can play it by ear

Cutelagrl93 [05:04 PM]:   bout if I get prego?

CrmTel1 [05:05 PM]:       we can just have oral sex so
                          you don't get preg

Cutelagrl93 [05:05 PM]:   do u want regular sex?

CrmTel1 [05:05 PM]:       yes

CrmTel1 [05:05 PM]:       would you like that

Cutelagrl93 [05:06 PM]:   im ok with it we just need 2
                          be careful bout not getting
                          prego

CrmTel1 [05:06 PM]:       ok

CrmTel1 [05:06 PM]:       thats why we can have oral sex

CrmTel1 [05:07 PM]:       I can fuck you for a lil bit
                          then we get in a 69

Cutelagrl93 [05:07 PM]:   wuts a 69

CrmTel1 [05:07 PM]:       where you suck me an I eat you

CrmTel1 [05:07 PM]:       at the same time

Cutelagrl93 [05:08 PM]:   so we wud have sex first then
                          do the 69?

CrmTel1 [05:08 PM]:       yes

CrmTel1 [05:08 PM]:       so you don't get preg

v.   As he did on October 11, 2007, TELLO again asked about "Lea Anne's" sexual experiences:

CrmTel1 [05:09 PM]:       an you you have never had sex right

Cutelagrl93 [05:09 PM]:   yes I havent had it yet

CrmTel1 [05:10 PM]:       do you rub on your pussy at night when you thin about sex

CrmTel1 [05:10 PM]:       in your bed

Cutelagrl93 [05:11 PM]:   I have 1 time

CrmTel1 [05:11 PM]:       an you are alone

CrmTel1 [05:11 PM]:       did you like it

Cutelagrl93 [05:11 PM]:   not at the moment..mom came hom

Cutelagrl93 [05:11 PM]:   where wud we do these things?

CrmTel1 [05:12 PM]:       in anyroom you like

vi.   TELLO then explained to "Lea Anne" that they would have sex at his trailer home in Arizona:

CrmTel1 [05:12 PM]:       it will be just you an me

Cutelagrl93 [05:12 PM]:   yes but where are the rooms?

CrmTel1 [05:12 PM]:       in every room

Cutelagrl93 [05:12 PM]:   is it ur house, ur sons house? where ? in CA? in AZ?

CrmTel1 [05:13 PM]:       huh?

Cutelagrl93 [05:13 PM]:   where wud we have sex??????????

CrmTel1 [05:13 PM]:       yes in my house

CrmTel1 [05:13 PM]:      i live in a traler home

      vii. TELLO then explained that he would drive to Los Angeles, pick up "Lea Anne," and take her back to his trailer in Arizona so that they could have sex:

Cutelagrl93 [05:14 PM]:  so do u drive ur traler to LA?

CrmTel1 [05:14 PM]:      no

CrmTel1 [05:14 PM]:      when i go there it will be in my truck

Cutelagrl93 [05:14 PM]:  so u wud pick me up then take me to ur house then we wud have sex?

CrmTel1 [05:14 PM]:      an if we have sex it will be here

Cutelagrl93 [05:15 PM]:  where wud that be?

CrmTel1 [05:15 PM]:      here in az

Cutelagrl93 [05:15 PM]:  oh..ok

      viii.    When "Lea Anne" expressed uncertainty about TELLO'S intent, he assured her that he wanted to have sex with her:

CrmTel1 [05:15 PM]:      are you thinking about sex

CrmTel1 [05:15 PM]:      now

Cutelagrl93 [05:16 PM]:  well..im trying to figure out wut we wud do bcuz I don't like suprises...so I just wanna know

CrmTel1 [05:16 PM]:      no wnen we have sex it will be here in az

CrmTel1 [05:17 PM]:      we will do it in my house

- 21 -

Cutelagrl93 [05:17 PM]:    ok

Cutelagrl93 [05:17 PM]:    thatnk u

CrmTel1 [05:17 PM]:    an only if you want to

Cutelagrl93 [05:17 PM]:    well its up 2 u to? im not
                         going to want to do it if u
                         don't

CrmTel1 [05:17 PM]:    yes I know

Cutelagrl93 [05:17 PM]:    so?

CrmTel1 [05:18 PM]:    I awaye want sex

Cutelagrl93 [05:18 PM]:    huh?

CrmTel1 [05:18 PM]:    I think about sex all the tine

CrmTel1 [05:18 PM]:    allways

Cutelagrl93 [05:18 PM]:    yah but im not sure if u want
                         2 have sex with me or some1
                         else?

CrmTel1 [05:19 PM]:    I want you

Cutelagrl93 [05:19 PM]:    u want me for wut?

CrmTel1 [05:19 PM]:    but I want you want me in the
                      same way

Cutelagrl93 [05:20 PM]:    yah but ur the guy..it shud
                         start with u

CrmTel1 [05:20 PM]:    ok

Cutelagrl93 [05:20 PM]:    im not going to get excited
                         aboiut anything unless its
                         something u want

CrmTel1 [05:20 PM]:    ok

Cutelagrl93 [05:21 PM]:    so ur going to have to ask me
                         so I know if ur interested
                         having sex with me. if u r not
                         interested I wud understand

CrmTel1 [05:21 PM]:      I want to have sex with you

CrmTel1 [05:22 PM]:      all the time

CrmTel1 [05:22 PM]:      you will be my gf

CrmTel1 [05:22 PM]:      as long as you want

Cutelagrl93 [05:22 PM]:  awww..thats sweet :-) i wud
                         like that

CrmTel1 [05:23 PM]:      an i think you are a lil
                         hottie

    ix.  TELLO and "Lea Anne" then discussed the logistics

of their upcoming rendezvous:

Cutelagrl93 [05:23 PM]:  u do?? ur so sweet.....so when
                         r u coming to LA then?

CrmTel1 [05:23 PM]:      yes

CrmTel1 [05:24 PM]:      i am leveing here soon

Cutelagrl93 [05:24 PM]:  wut day?

CrmTel1 [05:24 PM]:      i will be there in 10 hrs

Cutelagrl93 [05:24 PM]:  r u home right now?

CrmTel1 [05:24 PM]:      tonight

CrmTel1 [05:24 PM]:      yes

Cutelagrl93 [05:24 PM]:  when will u go back to az?

CrmTel1 [05:25 PM]:      I donne know yet

CrmTel1 [05:25 PM]:      wud you like meet me on fri

Cutelagrl93 [05:26 PM]:  2morrow?

CrmTel1 [05:26 PM]:      yes

Cutelagrl93 [05:26 PM]:  how wud I contact u?

CrmTel1 [05:26 PM]:      I get im m on my cellphone

```
Cutelagrl93 [05:27 PM]:    ok..so I can im u from my
                           computer to ur cell phone?

CrmTel1 [05:27 PM]:        yes

Cutelagrl93 [05:27 PM]:    r u doing that right now?

CrmTel1 [05:27 PM]:        I can be on line from my cell
                           phone

CrmTel1 [05:28 PM]:        I am sit here thinking about
                           you Cutelagrl93 [05:28 PM]: r
                           u iming on ur cell now?

CrmTel1 [05:28 PM]:        hopeing you come live with me

Cutelagrl93 [05:28 PM]:    :-)

CrmTel1 [05:28 PM]:        no

Cutelagrl93 [05:28 PM]:    I want to

CrmTel1 [05:28 PM]:        comp

Cutelagrl93 [05:28 PM]:    brb

CrmTel1 [05:28 PM]:        ok I can pick you

Cutelagrl93 [05:30 PM]:    back

CrmTel1 [05:30 PM]:        wb sweety

Cutelagrl93 [05:30 PM]:    i have 2 go soon cuz mom is
                           givin me hard time....i can IM
                           at skool 2morrow n we can set
                           up a time

CrmTel1 [05:31 PM]:        ok

CrmTel1 [05:31 PM]:        you can tell me where you like
                           to meet me

Cutelagrl93 [05:31 PM]:    ok..prolly near where i
                           live...have u been to santa
                           monica?

Cutelagrl93 [05:32 PM]:    wud saturday work too?
```

- 24 -

```
CrmTel1 [05:32 PM]:        i have been there

CrmTel1 [05:32 PM]:        ok sat

CrmTel1 [05:33 PM]:        tell me what ime an where

Cutelagrl93 [05:33 PM]:    brb

Cutelagrl93 [05:34 PM]:    sorry on phone

CrmTel1 [05:34 PM]:        ok

Cutelagrl93 [05:35 PM]:    i can im u 2morrow n pick a
                           time...prolly around 3 or 4pm
                           after skool

CrmTel1 [05:36 PM]:        would you like to do it on sat

Cutelagrl93 [05:36 PM]:    it dont matter...ill let u
                           know 2morrow..if u want sat
                           that wud b ok to

CrmTel1 [05:36 PM]:        that way if you like we can
                           leve from there

CrmTel1 [05:36 PM]:        ok

CrmTel1 [05:37 PM]:        would you like leave fir

CrmTel1 [05:37 PM]:        fri

CrmTel1 [05:37 PM]:        with me

Cutelagrl93 [05:37 PM]:    wud u? I can do either 1

CrmTel1 [05:37 PM]:        ok have your thing together

CrmTel1 [05:38 PM]:        so I can get you an we leave
                           from there

Cutelagrl93 [05:38 PM]:    I will..will ur cell phone get
                           my IM's?

CrmTel1 [05:38 PM]:        yes

Cutelagrl93 [05:38 PM]:    ok..gotta run..ill IM u
                           2morrow
```

- 25 -

```
CrmTel1 [05:38 PM]:        ok

CrmTel1 [05:38 PM]:        bye

Cutelagrl93 [05:39 PM]:  bye
```

## IV.   IDENTIFICATION OF CARMEL TELLO

16.   On or about October 19, 2007, I reviewed an
October 18, 2007, fax from AOL from which I learned the
following:

a.   The subscriber information for the screen name
"CrmTel1" is "Carmel Tello," with an address of P.O. Box 341,
Stafford, Arizona 85548, and a daytime and evening phone number.

b.   The credit card associated with this active
account is in TELLO'S name.

17.   On or about October 19, 2007, I checked Lexis/Nexis, a
commercially available records database, and discovered that a
person named "Carmel Tello" was associated with the address of
P.O. Box 341, Safford, Arizona 85548.  In addition, TELLO also
was associated with an address of 900 E. Hollywood Road, Lot 187,
Safford, Arizona 85546-9607.  According to the database, TELLO
was born in 1958.

18.   On or about October 19, 2007, the Phoenix office of the
FBI conducted a search of the Arizona Department of Motor Vehicle
("DMV") database for information on TELLO.  The database search
revealed that "Carmel Tello" resided at 900 E. Hollywood Rd., Lot
187, Safford, Arizona 85546-9607.  The search also produced a DMV

photograph of TELLO.  That photograph depicts a white male, approximately 49 years of age, with brown hair and brown eyes and has a mustache.  After receiving that DMV photograph, I compared it to the photograph on TELLO's AOL personal webpage.  Based on my comparison, both photographs appear to depict the same person.

**V.   ARREST OF CARMEL TELLO**

19.  On or about October 19, 2007, I logged onto AOL in an undercover capacity as "Lea Anne," and engaged in a brief online chat conversation with TELLO.  TELLO stated that he was in California at his son's residence.  He agreed to meet "Lea Anne" at a Borders book store located at 1360 Westwood Boulevard, Los Angeles, California, at 8:00 p.m.  According to AOL, TELLO was using a telephone to send IM to "Lea Anne."

20.  On or about October 19, 2007, at approximately 8:15 p.m., FBI agents arrested TELLO after he entered the Borders bookstore.  I examined TELLO'S Arizona driver's license and noted that the information on this license matched the information that the FBI obtained from the DMV search.  When I asked the person the FBI agents arrested whether he was Carmel Tello, TELLO answered, "Yes."

21.  Following TELLO'S arrest, the FBI transported him to the FBI office in Los Angeles, where I advised him of his Miranda rights.  After acknowledging that he understood his rights by

signing an Advice of Rights form, TELLO agreed to answer questions without the presence of counsel.

22.   TELLO said that earlier that day, he traveled to Los Angeles from Arizona in his truck.  He stated that he did not go to his son's house, but instead he went straight to the Border's bookstore.

23.   TELLO said that he met a girl in an AOL chat room he created called "take in unwanted yf."  He told me that he created the chat room so that he could help young people.  He denied knowingly initiating a sexual conversation with "Lea Anne," and stated that he did not intend to have sex with her.  TELLO explained that he came to the bookstore to tell "Lea Anne" that she needed to deal with her own problems at home.

24.   I then showed TELLO the transcripts of his conversations with "Lea Anne," and read portions of them aloud to him.  After hearing what I read to him, TELLO admitted to chatting with "Lea Anne" and initiating a sexual conversation with her, even though she told him that she was 13 years old. TELLO also admitted that he asked "Lea Anne" to meet him so they could have sex.  However, TELLO claimed that he was not going to have sex with "Lea Anne" when he met her in person.

25.   TELLO further stated that he had online sexual chat conversations with other minors.  In addition, he claimed that he had received nude images of minors on his computer through the

- 28 -

Internet.   TELLO explained that those nude images of minors were on his computer.   TELLO stated that he used his computer at his residence, located at 900 E. Hollywood Road, Safford, Arizona. He also explained that he recently moved, and that his trailer number is 227.

## VI.   CONCLUSION

26.   Based on the facts set forth herein, and based on my training, education, experience, and participation in this investigation, I submit that there is probable cause to believe that CARMEL A. TELLO has violated Title 18, United States Code,

\\

\\

\\

Section 2423(b) (Travel with Intent to Engage in Illicit Sexual
Conduct).

RAJIV A. PATEL
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me
this 20th day of October, 2007.


HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE