UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07-1222(A)-SVW |
| Plaintiff, | ) ) ) | **F I R S T  S U P E R S E D I N G  I N D I C T M E N T** |
| v. | ) ) | |
| CARMEL A. TELLO, | ) ) ) ) ) ) ) ) ) | [18 U.S.C. § 2422(b): Use of Facility of Interstate Commerce to Attempt to Induce a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 2423(b): Travel with Intent to Engage in Illicit Sexual Conduct] |
| Defendant. | | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2422(b)]

Beginning on or about October 11, 2007, to on or about October 19, 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant CARMEL A. TELLO knowingly used a facility and means of interstate and foreign commerce, namely, the Internet and the telephone, to knowingly attempt to persuade, induce, and entice an individual who had not



attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under California law, namely: Lewd Act Upon a Child Under the Age of 14 Years, a violation of California Penal Code Section 288; Oral Copulation, a violation of California Penal Code Section 288a; and Unlawful Sexual Intercourse with a Person Under the Age of 18 Years, a violation of California Penal Code Section 261.5.

COUNT TWO

[18 U.S.C. § 2423(b)]

On or about October 19, 2007, defendant CARMEL A. TELLO ("defendant TELLO") knowingly traveled in interstate commerce, that is, from the State of Arizona to Los Angeles, California, within the Central District of California, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, namely, a person whom defendant TELLO believed had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than defendant TELLO.

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*[signature]*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

RODRIGO A. CASTRO-SILVA
Assistant United States Attorney
Chief, General Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
General Crimes Section

```
                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

                         June 2007 Grand Jury

UNITED STATES OF AMERICA,    )   CR No. 07-  CR07-01222
                             )
           Plaintiff,        )   I N D I C T M E N T
                             )
     v.                      )   [18 U.S.C. § 2423(b): Travel
                             )   with Intent to Engage in
CARMEL A. TELLO,             )   Illicit Sexual Conduct]
                             )
           Defendant.        )
                             )
                             )
_____)
```

FILED 2007 NOV -2 PM 4:12

The Grand Jury charges:

[18 U.S.C. § 2423(b)]

On or about October 19, 2007, defendant CARMEL A. TELLO knowingly traveled in interstate commerce, from the State of Arizona to Los Angeles, California, within the Central District of California, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section

\\
\\
\\
JJL:jjl

2423(f), with another person, to wit: a girl who he believed was less than 18 years of age.

A TRUE BILL

/S/
--------
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine C. Ewell* (signature)

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section

DANIEL A. SAUNDERS
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section

JOHN J. LULEJIAN
Assistant United States Attorney
Violent and Organized Crime Section